UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -

In Re:                                           :

Any and all funds in account number              :
015062762365 held in the name of
ECP, Inc. located at JPMorgan Chase              :
Bank, N.A.;                                          CONSENT RESTRAINING
                                                 :   ORDER PURSUANT TO
Any and all funds in account number                  18 U.S.C. § 981, 21 U.S.C.
0310064762765 held in the name of                :   853, and 28 U.S.C. § 2461
ECP, Inc. located at JPMorgan Chase              :
Bank, N.A.;
                                                 :   18 Misc.
Any and all funds in account number              :
6809196613 held in the name of
Sonia May located at JPMorgan Chase              :
Bank, N.A.;
                                                 :
Any and all funds in account number              :
93631142670 held in the name of
Sonia May located at JPMorgan Chase              :
Bank, N.A.;                                      :

Any and all funds in account number              :
986666 held in the name of
Executive Compensation Planners,                 :
Inc. located at Citibank Bank, NA;
                                                 :
Any and all funds in account number              :
16072324 held in the name of Hector              :
May located at Sterling Bank;
                                                 :
Any and all funds in account number              :
7800002292 held in the name of
Hector May located at Sterling                   :
Bank;                                            :

Any and all funds in account number              :
7800124019 held in the name of
Sonia May located at Sterling Bank;              :

Any and all funds held in accounts

1

in the name of Hector May or Sonia May, located at Securities America Inc., including without limitation accounts AEW-181480, 81802257301AKO, 81802257302AKO, RCT395730, STL158178, and any deferred compensation plans;

Any and all funds held in accounts in the name of Sonia May and Hector May located at Franklin Templeton Investor Services, LLC, including without limitation account 60160765368106011;

All jewelry, fur products, antiques, and silver owned by Hector May or Sonia May;

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3 Dutchess Drive, Orangeburg, New York 10962;

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 12 Stonehill Drive, Unit 4, Vernon, New Jersey; and

o) Any financial instruments, cash, receivables, loan repayments, income, dividends, distributions, commissions, securities, bonds, insurance policy redemptions or surrender, any other redemptions, or any other financial assets, owned by Hector May or received by Hector May from the date of this Order, other than (1) monthly

2

social security payments and
Equitable Life Pension payments
paid to Hector May and deposited in
the account 1813624657 in the name
of Hector May and Sonia May at
JPMorgan Chase Bank, N.A. (the
"Joint Account") and (2) $ 38,666. w $./py/r
in funds currently held in the
Joint Account as of the date of
this Order
- - - - - - - - - - - - - - - - X

WHEREAS, this matter arises out of an investigation conducted by the United States Attorney's Office for the Southern District of New York into a securities fraud scheme operated through Executive Compensation Planners ("ECP") by Hector May in violation of 15 U.S.C. §§ 78j(b) & 78ff and 17 C.F.R. § 240.10b-5;

WHEREAS, Title 21, United States Code, Section 853(e) empowers courts to issue restraining orders and take other actions to preserve the availability of property for forfeiture;

WHEREAS, the Government has identified the following property owned by Hector May and/or his wife Sonia May that it believes constitute proceeds of securities fraud, and are thus subject to criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461:

> a) Any and all funds in account number 015062762365 held in the name of ECP, Inc. located at JPMorgan Chase Bank, N.A.;

3

b) Any and all funds in account number 0310064762765 held in the name of ECP, Inc. located at JPMorgan Chase Bank, N.A.;

c) Any and all funds in account number 6809196613 held in the name of Sonia May located at JPMorgan Chase Bank, N.A.;

d) Any and all funds in account number 93631142670 held in the name of Sonia May located at JPMorgan Chase Bank, N.A.;

e) Any and all funds in account number 986666 held in the name of Executive Compensation Planners, Inc. located at Citibank Bank, NA;

f) Any and all funds in account number 16072324 held in the name of Hector May located at Sterling Bank;

g) Any and all funds in account number 7800002292 held in the name of Hector May located at Sterling Bank;

h) Any and all funds in account number 7800124019 held in the name of Sonia May located at Sterling Bank;

i) Any and all funds held in accounts in the name of Hector May or Sonia May, located at Securities America Inc., including without limitation accounts AEW-181480, 81802257301AKO, 81802257302AKO, RCT395730, STL158178, and any deferred compensation plans;

j) Any and all funds held in accounts in the name of Sonia May and Hector May located at Franklin Templeton Investor Services, LLC, including without limitation account 60160765368106011;

4

k) All jewelry, fur products, antiques, and silver owned by Hector May or Sonia May,

l) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3 Dutchess Drive, Orangeburg, New York 10962; and

m) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 12 Stonehill Drive, Unit 4, Vernon, New Jersey; and

n) Any financial instruments, cash, receivables, loan repayments, income, dividends, distributions, commissions, securities, bonds, insurance policy redemptions or surrender, any other redemptions, or any other financial assets, owned by Hector May or received by Hector May from the date of this Order, other than (1) monthly social security payments and Equitable Life Pension payments paid to Hector May and deposited in the account 1813624657 in the name of Hector May and Sonia May at JPMorgan Chase Bank N.A. (the "Joint Account") and (2) $35,666.—  in funds currently held in the Joint Account as of the date of this Order.

(the "Subject Property").

WHEREAS, the Government and Hector and Sonia May have agreed that the Subject Property should be restrained pending the resolution of the criminal investigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorneys Vladislav Vainberg

and Margery Feinzig, of counsel, and Hector May and Sonia May, and their counsel, Kevin T. Conway, Esq., that:

1. Hector May and Sonia May, and all attorneys and other persons and entities acting for or in concert with the above-named individuals, businesses and/or entities having actual knowledge of this Order shall not take any action prohibited by this Consent Restraining Order;

2. Hector May and Sonia May, their attorneys, agents, employees and anyone acting on their behalf, and all persons or entities acting in concert or participation with any of the above, all relevant financial institutions, and all persons and entities having actual knowledge of this Consent Restraining Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Subject Property.

3. The United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein. The entities listed in this Order where Hector May and Sonia May maintain assets may contact the

following Assistant United States Attorneys to clarify the scope of the Order: Assistant United States Attorneys Margery Feinzig and Vladislav Vainberg, telephone number (914)993-1903 or (914) 993-1932, e-mail margery.feinzig@usdoj.gov or vladislav.vainberg@usdoj.gov. Those entities will not be deemed in violation of this Consent Restraining Order for any transactions undertaken upon written approval made by the aforementioned Assistant United States Attorneys.

4. This Consent Restraining Order shall be binding upon Hector May and Sonia May, their attorneys, agents, and employees, and all persons in active concert or participation with any of the above, all entities described herein, or any other person having actual knowledge of this Consent Restraining Order, and that this Order shall remain in effect until further order of this Court;

5. Upon request by the Government, the above identified financial institutions and other entities JP Morgan Chase N.A., Citibank N.A., Sterling Bank, N.A., Franklin Templeton Investor Services, LLC, and Securities America, Inc., will identify the account name, account number and signatories for the restrained accounts and provide the Government with monthly statements of the restrained accounts and the balance in the accounts; and

6. Any entity named herein shall accept service of this Consent Restraining Order by email or facsimile transmission provided that an original hard copy is thereafter served by regular mail upon the request of the entity;

7. The signature page of this Consent Restraining Order may be executed in one or more counterparts, each of which will be

deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____  6/6/2018
MARGERY FEINZIG / VLADISLAV VAINBERG    DATE
Assistant United States Attorneys
300 Quarropas Street,
White Plains, NY 10601
(914)993-1903/1932

HECTOR MAY

By: _____  6-6-18
HECTOR MAY                              DATE

By: _____  6-6-18
SONIA MAY                               DATE

By: _____  6/6/18
KEVIN T. CONWAY, Esq.                   DATE
Attorney for Hector May

SO ORDERED:

_____         _____
HONORABLE                               DATE
UNITED STATES DISTRICT JUDGE

9